**UNITED STATES of America v. W. S. FAVOR.**

No. 4659.

United States Court of Appeals
Tenth Circuit.

May 11, 1953.

Edwin Langley, U. S. Atty., Muskogee, Okl., for appellant.

Cleon A. Summers, Muskogee, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. Loyd WILLIAMS.**

No. 4660.

United States Court of Appeals
Tenth Circuit.

May 11, 1953.

Edwin Langley, U. S. Atty., Muskogee, Okl., for appellant.

H. Duane Stratton, Muskogee, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Clyde F. WAERS, as Officer-In-Charge, Sub-Region 30 of the National Labor Relations Board, v. AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, LOCAL UNION NO. 641.**

No. 4642.

United States Court of Appeals
Tenth Circuit.

April 20, 1953.

David P. Findling, Associate General Counsel, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for appellant.

Philip Hornbein, Jr., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Alva WALLACE v. UNITED STATES of America.**

No. 14781.

United States Court of Appeals
Eighth Circuit.

May 12, 1953.

Alva Wallace, pro se.

Leo P. Flynn, U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution.